Daniel R. Watkins
Nevada State Bar No. 11881
dw@wl-llp.com
Theresa M. Santos
Nevada State Bar No. 9448
tsantos@wl-llp.com
R. Samuel Ehlers, Esq.
Nevada State Bar No. 9313
sehlers@wl-llp.com
WATKINS & LETOFSKY, LLP
8935 S. Pecos Rd. Ste. 22A
Henderson, NV 89074
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Plaintiff, Ray Graham

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAY GRAHAM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FLOWERS BAKING COMPANY OF HENDERSON, LLC, a Nevada corporation AND DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-153-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 40, 42 |

Plaintiff Ray Graham ("Plaintiff") and Defendant Flowers Baking Company of Henderson, LLC ("Defendants"), by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety. Each party to pay its own fees, costs, and expenses.

**IT IS SO STIPULATED.**

DATED this 28th day of October, 2020.  DATED this 28th day of October, 2020.

WATKINS & LETOFSKY, LLP.  MESSNER REEVES, LLP.

*/s/ Daniel R. Watkins*  */s/ Michael M. Edwards*
Daniel R. Watkins, Esq.  Michael M. Edwards, Esq.
R. Samuel Ehlers, Esq.  Ryan A. Loosvelt, Esq.
Theresa M. Santos, Esq.  8945 W. Russell Rd., Ste.300
8935 S. Pecos, Suite 22A  Las Vegas, NV 89148
Henderson, NV 89074-7154  *Attorneys for Defendant*
*Attorneys for Plaintiff*

DATED this 28th day of October, 2020.

FREEMAN MATHIS & GARY, LLP.

*/s/ Bradley T. Adler*
Bradley T. Adler, Esq. [*Pro Hac Vice*]
Hillary Freesmeier, Esq. [*Pro Hac Vice*]
100 Galleria Pkwy, Ste. 1600
Atlanta, GA 30339-5948
*Attorneys for Defendant*

## ORDER

   Based on the parties' stipulation **[ECF Nos. 40, 42]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 2, 2020